# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re: Tessa E. Wattley
                      Case Number 09-17660-JKO
                                  Chapter 7

_____ Debtor(s)    /

# DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number , and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

[ ] Voluntary petition signed by me on _____    [X] Amended voluntary petition signed by me on <u>May 14, 2009</u>
[ ] Schedules signed by me on _____    [ ] Amended schedules signed by me on _____
[ ] Statement of Financial Affairs signed by me on _____    [ ] Amended Statement of Financial Affairs signed by me on _____
[ ] Statement of Social Security Number(s)                  [ ] Amended Statement of Social Security Number(s)
    signed by me on _____    signed by me on _____
[ ] Statement of *Current Monthly Income (OBF 22)*         [ ] Amended Statement of *Current Monthly Income (OBF 22)*
    signed by me on _____    signed by me on _____

I, <u>Tessa E. Wattley</u>, the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1.  I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2.  I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties for perjury) in the same manner as though signed or subscribed.

3.  I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4.  I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

/s/ Tessa E. Wattley
_____
**Signature of Debtor**
**(If non individual, authorized corporate representative)**

                  _____
                  **Signature of Joint Debtor (if applicable)**

Tessa E. Wattley
_____
**Print or Type Name (and title if applicable)**

                  _____
                  **Print Name**

**Matthew E. Mazur, Jr., Esq.**
_____
**Print or Type Name of Attorney for Debtor**

                        (305) 779-4805
                  _____
                  **Phone:**

# United States Bankruptcy Court
## Southern District of Florida

In re     Tessa E. Wattley            Case No.    09-17660-JKO

Debtor

Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 298,000.00 | | |
| B – Personal Property | YES | 4 | $ 12,265.95 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $ 441,391.74 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 88,866.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,526.34 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 2,786.83 |
| TOTAL | | 18 | $ 310,265.95 | $ 530,257.74 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32650

# United States Bankruptcy Court
### Southern District of Florida

In re   Tessa E. Wattley _____        Case No. ___09-17660-JKO___

Debtor

Chapter   __7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ 2,526.34 |
| Average Expenses (from Schedule J, Line 18) | $ 2,786.83 |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $ 2,036.83 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 143,391.74 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 88,866.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 232,257.74 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32650

**B6D (Official Form 6D) (12/07)**

In re ___Tessa E. Wattley_____,    Case No.09-17660-JKO_____
  
         Debtor                                               (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0032238909 <br><br> American Home Mortgage Service <br> 4600 Regent Blvd., Ste. 200 <br> Irving, TX 75063 | | | Incurred: 08/2006 <br> Lien: First Mortgage <br> Security: 12148 St. Andrews Pl. <br> Apt. 205 <br> Miramar, FL 33025 <br><br> VALUE $ 188,000.00 | | | | 189,950.00 | 1,950.00 |
| ACCOUNT NO. 0019164581 <br><br> Aurora Loan Services <br> P.O. Box 1706 <br> Scottsbluff, NE 69363 | | | Incurred: 10/2004 <br> Lien: First Mortgage <br> Security: 2759 NW 131st St. <br> Opa Locka, FL 33054 <br><br> VALUE $ 110,000.00 | | | | 114,797.00 | 4,797.00 |
| ACCOUNT NO. 8799 <br><br> Bank of America <br> P.O. Box 26012 <br> Greensboro, NC 27410 | | | Incurred: 11/2005 <br> Lien: Second Mortgage <br> Security: 2759 NW 131st St. <br> Opa Locka, FL 33054 <br><br> VALUE $ 110,000.00 | | | | 72,234.00 | 72,234.00 <br> This amount based upon existence of Superior Liens |

___2___ continuation sheets attached

Subtotal ➤ (Total of this page)   $376,981.00   $78,981.00

Total ➤ (Use only on last page)   $   $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re ___Tessa E. Wattley_____,  Case No. ___09-17660-JKO_____

Debtor

(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 11024-AC-19300<br><br>Broward County Property Appraiser<br>P.O. Box 29009<br>Ft. Lauderdale. FL 33301 | | | Incurred: 2008<br>Lien: Statutory Lien<br>Security: 12148 St. Andrews Pl.<br>Apt. 205<br>Miramar, FL 33025<br><br>VALUE $ 188,000.00 | | | | 4,030.88 | 4,030.88<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 12148 ST Andrews Place 205<br><br>City of Miramar<br>Finance Department<br>2300 Civic Center Place<br>Miramar, FL 33026-8577 | | | Incurred: 5/7/09<br>Lien: City Code Lien for Unpaid Utility Charges<br>Security: 12148 ST Andrews Place 205<br>HOA Failed to Pay Water & Sewer  each resident being charged pro rata share<br><br>VALUE $ 188,000.00 | | | | 950.30 | 950.30<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 08-2128-001-0420<br><br>Dade County Collector of Revenue<br>111 NW 1st Street, Ste. 710<br>Miami, FL 33128-1984 | | | Incurred: 2007-2008<br>Lien: Statutory Lien<br>Security: 2759 NW 131st St.<br>Opa Locka, FL 33054<br><br>VALUE $ 110,000.00 | | | | 3,934.56 | 3,934.56<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 3345<br><br>EMC Mortgage<br>P.O. Box 293150<br>Lewisville, TX 75029 | | | Incurred: 08/2006<br>Lien: Second Mortgage<br>Security: 12148 St. Andrews Pl.<br>Apt. 205<br>Miramar, FL 33025<br><br>VALUE $ 188,000.00 | | | | 47,495.00 | 47,495.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 0032238909<br><br>Marshall Watson<br>1000 NW 49th St., Ste. 120<br>Ft. Lauderdale, FL 33309 | | | <br><br>VALUE $ 0.00 | | | | Notice Only | Notice Only |

Sheet no. _1_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) $ 56,410.74   $
(Total(s) of this page)
Total(s) $   $
(Use only on last page)

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32650

B6D (Official Form 6D) (12/07) – Cont.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0019164581 Marshall Watson 1000 NW 49th St., Ste. 120 Ft. Lauderdale, FL 33309 | | | VALUE $           0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 8205 St. Andrews of Mirimar Condo. Assoc. C/O Century Mgt. Services, Inc. 1495 North Park Drive Weston, Florida 33326 | | | Incurred: 1/1/2009 Lien: Statutory Security: Property  VALUE $     188,000.00 | | | | 3,000.00 | 3,000.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 2759 Villa Francine HOA C/O HRT REALITY SERVICES, LLC 1060 Holland Drive, SUite 3D Boca Raton, Florida 33487 | | | VALUE $           0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 2759 Villa Francine Homeowner's Assoc., Inc. C/O David F. Anderson, P.A. 7735 NW 146th Street, Suite 205 Miami Lakes, FL 33016 | | | Incurred: 5/14/2008 Lien: Statutory Security: Property  VALUE $     110,000.00 | | | | 5,000.00 | 5,000.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)
(Total(s) of this page)

Total(s)
(Use only on last page)

| $       8,000.00 | $   8,000.00 |
|---|---|
| $ 441,391.74 | $143,391.74 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related